■ CHARLES B. ACOMB, Appellant, v LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA, Respondent. [617 NYS2d 668] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Smith, J. (Appeal from Order of Supreme Court, Livingston County, Smith, J.—Legal Malpractice.) Present—Denman, P. J., Lawton, Doerr and Boehm, JJ.

■ THOMAS F. CORCORAN, Appellant, v SALLY A. CORCORAN, Respondent. [617 NYS2d 669] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Reagan, J. (Appeal from Order of Supreme Court, Onondaga County, Reagan, J.—Modify Alimony.) Present—Denman, P. J., Lawton, Wesley, Doerr and Boehm, JJ.